# EXHIBIT C

STATE OF RHODE ISLAND     SUPERIOR COURT
KENT, SC

JUAN PIMENTEL     KC-2019-552

VS

SELECT PORTFOLIO SERVICING, INC.,
DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE ON FOR THE CERTIFICATEHOLDERS OF IXIS
REAL ESTATE CAPITAL TRUST 2005-HE3, MORTGAGE PASS-
THROUGH CERTIFICATES, 2005-HE3

### ORDER

This matter came to be heard on May 16, 2019 on Plaintiff's Motion for a Temporary Restraining Order restraining and enjoining the Defendants from conducting a foreclosure sale on Plaintiff's property located at 158 Briggs Street, Providence, Rhode Island. After hearing thereon, it is hereby:

### ORDERED

1. The Plaintiffs' Motion for a Temporary Restraining Order is granted. The Defendants, US Bank National Association as Trustee on behalf of the holders of Deutsche Bank National Trust Company as trustee for he Certificateholders of Ixis Real Estate Capital Trust 2005-HE3, Mortgage Pass-Through Certificates, 2005-HE3 and Select Portfolio Servicing, Inc. and any other entity acting on their behalf are restrained and

*[Stamp: KENT SUPERIOR COURT FILED 19 MAY 16 PM 3:03 NANCY STRIULI, CLERK]*

1

enjoined from conducting, advertising, adjourning or continuing a foreclosure sale at 158 Briggs Street, Providence, Rhode Island until further Order of this Court.

2. This matter is continued to May 24, 2019 for hearing on Preliminary Injunction.

ENTER: /s/ _____  PER ORDER:
Justice Licht    5/16/19

_____
Deputy Clerk

Presented by:

May 16, 2019

/s/ John B. Ennis
JOHN B. ENNIS, ESQ. #2135
1200 Reservoir Avenue
Cranston, Rhode Island 02920
(401) 943-9230
Jbelaw75@gmail.com

2