UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| JUAN PIMENTEL,<br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF IXIS REAL ESTATE CAPITAL TRUST 2005-HE3, MORTGAGE PASS-THROUGH CERTIFICATES, 2005-HE3, AND SELECT PORTFOLIO SERVICING, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No.: 1:19-cv-00289-JJM-PAS |

## ANSWER TO AMENDED COMPLAINT

Defendants Deutsche Bank National Trust Company, as Trustee for the Certificateholders of IXIS Real Estate Capital Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 (the "Trustee") and Select Portfolio Servicing, Inc. ("SPS") (collectively "Defendants"), answer the Amended Complaint of Plaintiff Juan Pimentel ("Pimentel") as follows.

1. SPS and the Trustee lack sufficient knowledge to admit or deny the allegations.

2. SPS and the Trustee admit that Pimentel executed a mortgage, which speaks for itself.

3. SPS and the Trustee lack sufficient knowledge to admit or deny the allegations.

4. SPS and the Trustee admit that SPS is a Utah corporation. SPS and the Trustee admit that SPS is the servicer of Pimentel's mortgage loan on behalf of the Trustee as current holder of the note and current holder of the mortgage. SPS and the Trustee admit that SPS does not "own" Pimentel's mortgage loan. SPS and the Trustee deny the remainder of the allegations.

5. SPS and the Trustee admit that Deutsche Bank National Trust Company currently serves as the duly-appointed trustee under the terms of the operative Pooling and Servicing