UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUAN PIMENTEL,<br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF IXIS REAL ESTATE CAPITAL TRUST 2005-HE3, MORTGAGE PASS-THROUGH CERTIFICATES, 2005-HE3, AND SELECT PORTFOLIO SERVICING, INC.,<br>    Defendants. | C.A. No.: 1:19-cv-00289-JJM-PAS |

## SCHEDULING ORDER FOLLOWING STATUS CONFERENCE

This matter having come before the Court on July 23, 2020 for a further status conference, it is hereby **ORDERED** as follows:

1. By August 6, 2020, Plaintiff shall advise Defendants in writing, though counsel, that Plaintiff will proceed with the settlement of the case through either (1) Plaintiff's satisfaction of the note and mortgage through a short payoff or short sale of the property for the amount previously agreed by no later than October 28, 2020, or (2) Plaintiff's unconditional vacate and surrender of possession of the property by November 28, 2020, which dates shall be inserted into the current version of the settlement agreement previously circulated among the parties. By August 13, 2020, the parties shall finalize and execute the settlement agreement containing the revised deadlines, and the parties shall forthwith file a stipulation of dismissal with prejudice of the action.

2. If Plaintiff fails to respond by August 6, 2020 or chooses not to proceed with the settlement as outlined, then the parties shall report the status to the Court by August 13, 2020, and the case shall be scheduled for trial on November 4, 2020 and November 5, 2020. Discovery shall be closed. The Court will issue a further order to govern any remaining pretrial proceedings and trial.

**SO ORDERED.**

_____
John J. McConnell, Jr., Chief Judge

Dated: July 31, 2020